428 A.2d 252

Giacobetti etc. et al. v. Ins. Placement Fac. of Penna.

Appeal of Giacobetti.

Argued December 5, 1979. M. Stuart Goldin, for appellant; David R. Strawbridge, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Adjudication and order resulting in judgment entered March 5, 1979, is affirmed.

428 A.2d 252

Industrial Valley Bank v. Crisp et al.

Appeal of Evelyn Crisp.

Argued September 14, 1978. David A. Scholl, for appellants; Kenneth F. Carobus, for appellee.

Before VAN der VOORT, MONTGOMERY and WATKINS, JJ.

Order affirmed.